UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SIGNATURE FLIGHT SUPPORT
LLC, A DELAWARE LIMITED
LIABILITY COMPANY;

     Plaintiff,

     v.

ANTHONY CELLA, SONNY LEE,
SHIANTI ANDERSON, RAMZI
ALAFANDI,  SIGNATURE FLIGHT
SUPPORT LLC SIGNATURE
PLAZA, A FLORIDA LIMITED
LIABILITY COMPANY;

     Defendants,

_____/

Case No.:  5:25-cv-00469-GAP-PRL

**ORDER**

This cause comes before the Court on Motion for Entry of Final Judgment and

Permanent Injunction against Defendants Anthony Cella, Sonny Lee and Ramzi

Alafandi (Doc. No. 32) filed November 4, 2025.

On May 1, 2026, the United States Magistrate Judge issued a report (Doc. No.

37) recommending that the motion be **GRANTED**. No objections have been filed.

Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Entry of Final Judgment and Permanent Injunction against Defendants Anthony Cella, Sonny Lee and Ramzi Alafandi is **GRANTED .**

3. Defendants Anthony Cella, Sonny Lee and Ramzi Alafandi are permanently enjoined and restrained from using or adopting Signature Flight Support  LLC's ("SFS") Marks including the use of the words "SIGNATURE" or "SIGNATURE FLIGHT SUPPORT". They shall not falsely represent themselves or any of their affiliates to any third party as an agent or representative of SFS, affiliated with SFS or have any authority over SFS.

4. Within 30 days from the entry of this order Defendants Anthony Cella, Sonny Lee and Ramzi Alafandi shall notify any third party to whom the defendants made a false representation concerning these marks that such representation is false and should not be relied upon, and shall  provide SFS a list, in writing, of all such persons so notified.

5. Plaintiff is awarded nominal damages of $1 against Defendants Anthony Cella, Sonny Lee, and Ramzi Alafandi, jointly and severally.

- 2 -

6. Plaintiff is entitled to recover its reasonable attorney's fees pursuant to 15 U.S.C. § 1117(a). Plaintiff shall file its motion for attorney's fees and supporting evidence within 14 days of the entry of this order. The Court will retain jurisdiction over the case to determine the amount of attorney's fees to which Plaintiff is entitled.

7. The Clerk is directed to return the $1,000.00 bond posted on July 29, 2025 (Receipt No. ORL 115879) plus any interest earned, less any registry fees, leaving no sum on deposit to Plaintiff's counsel and thereafter to close the case[1].

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 18, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party
Orlando Finance Department (via email)

---

[1] Defendant Signature Flight Support LLC Signature Plaza was dismissed on October 15, 2025 (Doc. 30) and Defendant Shianti Anderson was dismissed on November 12, 2025 (Doc. 36).