UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SIGNATURE FLIGHT SUPPORT LLC, A DELAWARE LIMITED LIABILITY COMPANY;

Plaintiff,

v. Case No.: 5:25-cv-00469-GAP-PRL

ANTHONY CELLA, SONNY LEE, SHIANTI ANDERSON, RAMZI ALAFANDI, SIGNATURE FLIGHT SUPPORT LLC SIGNATURE PLAZA, A FLORIDA LIMITED LIABILITY COMPANY;

Defendants,
_______________________________/

**ORDER**

This cause comes before the Court on Plaintiff's Supplemental Motion to Determine Amount of Attorneys' Fees (Doc. No. 43) filed June 1, 2026.

On August 4, 2026, the United States Magistrate Judge issued a report (Doc. No. 43) recommending that the motion be GRANTED in part. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Supplemental Motion to Determine Amount of Attorneys' Fees is **GRANTED.** Plaintiff is awarded reasonable attorneys' fees in the amount of $60,717.50 and costs in the amount of $730.00.

3. The Clerk is directed to re-open the file and enter judgment for Plaintiff and against Defendants Anthony Cella, Sonny Lee and Ramzi Alafandi in the amount of $1.00 (nominal damages), $60,717.50 (fees) and $730.00 (costs) for a total of $61,448.50.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 20, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party